

# Fourth Court of Appeals
## San Antonio, Texas

August 16, 2021

No. 04-21-00242-CV

**ELECTRIC RELIABILITY COUNCIL OF TEXAS** and Bill Magness,
Appellants

v.

**CPS ENERGY**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-04574
Honorable Solomon Casseb, III, Judge Presiding

## O R D E R

Appellee's Motion for Extension of Time to File Brief is hereby GRANTED. Time is extended to September 13, 2021.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of August, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court